UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Solomon Mekonnen,                                    Civ. No. 09-1359 (PAM/SRN)

           Plaintiff,

v.                                                         **ORDER**

Metropolitan Airport Commission,

           Defendant.

The matter before the Court is Magistrate Judge Susan R. Nelson's Report and Recommendation ("R&R"), recommending the Court dismiss Plaintiff Solomon Mekonnen's action without prejudice. The parties had until April 28, 2010, to file any objections to the R&R. No objections were filed. Therefore, the Court **ADOPTS** the recommendation of the R&R (Docket No. 6) and **HEREBY ORDERS that** this action is **DISMISSED without prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: April 30, 2010

                                           s/Paul A. Magnuson
                                           Paul A. Magnuson
                                           United States District Court Judge